# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Court__

(Full name of plaintiff(s))

Leon Jin Wesker
615 East Washington
Madison WI 53703

vs

(Full name of defendant(s))

Ironworker Local 383
5501 Manufacturers Drive
Madison WI 53704

Case Number:

__25-cv-796-jdp__
(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
    (State)
    __615 East Washington Ave, Madison 53703__
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.   Defendant __Ironworkers Local 383__
                                                    (Name)

is (if a person or private corporation) a citizen of _____
                                                         (State, if known)
and (if a person) resides at _____
                                                         (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Ironworkers Local 383, 5501 Manufacturers Drive__
                                (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

Ironworker's foreman, Teddy Anderson did not pick me up for work making me late. He texted me and told to walk to JH Findorff Son (who we were sub contracted to). This happened on September 23, 2022. This was at Northern Light Road (Epic Systems). I feel he and others thought because of my disability, it was funny. Foreman Teddy was mad at me for being late. Co-worker made fun of me for being late. Later that day, other co-worker being hitting my hard hat →

Attachment One (Complaint) – 2

with a pair of pliers, I told him to stop but he began saying, ".uck you... .uck you!"

At lunch, another co-worker began making facial expressions mocking my Asian heritage. After lunch we had a meeting about up coming weather, when it was finished, a different co-worker came up behind me shoving my back shoulder then came around the front pushing my shoulder all the time saying loudly ".uck you, .uck you .uck you)."

At the end of the day Teddy asked me what happened, I just left. I called Pete Stern at the local ironworker's office to tell him what happened, he told me I need to get the name of other workers from foreman Teddy but he would not tell me who they were

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

$150,000⁰⁰ Lost Income

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
OR
☒ Court Trial – I want a judge to hear my case

Dated this __23__ day of __September__ 20_25_.

Respectfully Submitted,

_____
Signature of Plaintiff

__608-234-4555 Videophone__
Plaintiff's Telephone Number

__leonjweskerr35@icloud.com__
Plaintiff's Email Address

__615 East Washington Ave__
__Madison WI 53703__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.